IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITITGATION, _____/ *This document relates to:* Norma Lambert, 07-1921 CRB _____/ | No. MDL 05-01699 CRB **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING ACTION FOR A FAILURE TO PROSECUTE** |

On July 11, 2007, the Court issued and Order To Show Cause directing plaintiff Jimmie Bruce to show cause as to why (1) her counsel's motion to withdraw should not be granted; and (2) plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed plaintiff to notify the Court in writing on or before August 3, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff wished to contest either action. As of the date of this Order, plaintiff has not responded to the Court's July 11, 2007 Order and has not otherwise communicated with the Court. Accordingly, plaintiff's counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: August____, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\osc\NormaLambert.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\osc\NormaLambert.wpd